**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

**DONNELL FLOWERS,**

    Plaintiff,

v.

Civil Action No. **3:18CV272**

**DOCTOR STROUD,** *et al.*,

    Defendants.

F I L E D
JUN 2 1 2018
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

## MEMORANDUM OPINION

By Memorandum Order entered on May 10, 2018, the Court conditionally filed

Plaintiff's civil action. On May 25, 2018, the United States Postal Service returned the May 10,

2018 Memorandum Order to the Court marked, "RETURN TO SENDER" and "INMATE NO

LONGER IN FACILITY," because Plaintiff apparently relocated. Since that date, Plaintiff has

not contacted the Court to provide a current address. Plaintiff's failure to contact the Court and

provide a current address indicates his lack of interest in prosecuting this action. *See* Fed. R.

Civ. P. 41(b). Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

An appropriate Order shall accompany this Memorandum Opinion.

                    M. Hannah Lauck
                    United States District Judge

Date:  June 21, 2018
Richmond, Virginia